IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**PAULINE ABEYTA,**

    **Plaintiff,**

**v.**                                       **Cause No. 1:16-cv-1030**

**GOVERNMENT EMPLOYEES INSURANCE
COMPANY ("GEICO"),**

    **Defendant.**

## NOTICE OF REMOVAL

Defendant GEICO General Insurance Company ("GEICO") improperly named as Government Employees Insurance Company, by and through its counsel of record, Chapman and Charlebois, P.C. (Donna L. Chapman and Jessica C. Singer) hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and in support thereof, states as follows:

    1.    Plaintiff Pauline Abeyta ("Plaintiff") filed her Complaint for UIM Benefits, Insurance Bad Faith, Violation of the Unfair Insurance Practices Act, Punitive Damages, and Attorney's Fees ("Complaint") in the First Judicial District, Bernalillo County, State of New Mexico, in Cause No. D-101-CV-2016-01173 (hereinafter "State Court Action") on May 6, 2016.  (*See* Plaintiff's Complaint, attached hereto as Exhibit A).

    2.    In her Complaint, Plaintiff alleges she is a resident of the State of New Mexico. (*Id.* at ¶ 1).

    3.    Plaintiff named Defendant GEICO, as the only Defendant in Plaintiff's Complaint.

4. Defendant asserts GEICO is incorporated and its principal place of business is in the state of Maryland.

5. Diversity of citizenship is present in this matter as set forth in 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441(b)(2).

6. GEICO accepted service on August 19, 2016. (*See* Exhibit B).

7. Less than thirty (30) days have passed since GEICO accepted service of the initial pleadings on this matter.

8. As GEICO has accepted service and is the only defendant served in this matter, 28 U.S.C. § 1446(b)(2)(A) is satisfied. (*See* Register of Actions for the State Court Action, hereto attached as Exhibit C).

9. Pursuant to Plaintiff's allegations, the amount in controversy exceeds $75,000, as set forth in 28 U.S.C. §§ 1441(b)(2).

10. Pursuant to the attached documentation from Plaintiff's counsel, dated February 10, 2016, the amount in controversy exceeds the jurisdictional amount of $75,000. *See* also, *Hanna v. Miller*, 163 F.Supp. 2d 1302, 1305-06 (D.N.M. 2001). (*See* Demand letter from Plaintiff counsel dated February 10, 2016 demanding $69,500, hereto attached as Exhibit D.)

11. Pursuant to Plaintiff's allegations, the amount in controversy exceeds $75,000, as set forth in 28 U.S.C. §§ 1441(b)(2).

12. Consistent with to the allegations in Plaintiff's Complaint, dated May 6, 2016, the amount in controversy exceeds the jurisdictional amount of $75,000. See Complaint ¶12, 17, 18 and the Wherefore paragraph). Plaintiff's Complaint seeks an award of punitive damages (Complaint ¶17) While GEICO denies liability to Plaintiff for

compensatory or punitive damages, Plaintiff's claim for punitive damages, could exceed the jurisdiction threshold for diversity jurisdiction. Additionally, Plaintiff's Complaint seeks an award of attorney's fees pursuant to NMSA 1978, §39-2-1, NMSA §59A-16-20 and NMSA 1978. (See Complaint, ¶ 15 and 18).

13. To confer subject matter jurisdiction on this Court based on diversity of citizenship, the amount in controversy must exceed the sum or value of $75,000.00, exclusive of interest and cost. 28 U.S.C. §1332(a). Where a complaint does not contain dispositive allegations of the amount in controversy, the jurisdictional amount is determined by the allegations in the underlying complaint. *See e.g., Laughlin v. Kmart Corp*, 50 p.3d, 871, 873 (10 Cir. 1995). Calculations of the amount in controversy include both compensatory and punitive damages. *See, e.g., Bell v. Preferred Life Assur. Soc'y* 320 U.S. 238, 240 (1943); *Watson v. Blakenship,* 30 F.3d 383, 386 (10 Cir.1994). This calculation also includes attorney's fees. *See Miera v. Dairyland Ins. Co.,* No. 96-0136-M, mem.Op. (D.N.M. Feb. 28, 1996)(denying remand of removed action based on availability of attorney's fees under New Mexico Unfair Claims Practice Act and Unfair Trade Practices Act. *See also 14A Wright v. Miller, Federal Practice and Procedure,* §3712, at 176-78, and authorities cited therein; *Foret v. Southern Farm Bureau Life Ins. Co.,* 918 F. 2d 534, 537 (5 Cir. 1990). The calculation also includes treble damages claims.

14. In addition to actual damages in this case, Plaintiff is requesting attorney fees and costs, and punitive damages. Upon information and belief, Plaintiff will likely seek in excess of $50,000 in attorney's fees through the trial of this matter

3

15. This case may be removed to this Court by GEICO pursuant to the provisions of 28 U.S.C. §§ 1441(b) and 1446.

16. By and through this Notice of Removal, GEICO removes all claims asserted against it on the basis of diversity jurisdiction, which is conferred upon this Court pursuant to 28 U.S.C. §§ 1332 and 1441.

17. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal is being concurrently served upon the Plaintiff on this date.

18. Pursuant to 28 U.S.C. § 1446(d), GEICO is concurrently filing a Notice of Filing of Removal in the State Court Action, a copy of which is hereto attached as Exhibit E.

19. In addition to the Notice of Filing Notice of Removal in the State Court Action, GEICO is concurrently filing an Entry of Appearance in the State Court Action on this date, a copy of which is hereto attached as Exhibit F.

20. Pursuant to 28 U.S.C. § 1446(a) and D.N.M.LR-Civ. 81.1(a), all process, pleadings, and orders from the State Court Action will be filed with this Court in a separate Transmittal of State Court Record within twenty-eight days (28) of this Notice.

21. A Civil Cover Sheet for this Court is hereto attached as Exhibit G.

**WHEREFORE**, the removing Defendant gives notice the above-styled action,

which was pending in the First Judicial District, Bernalillo County, State of New Mexico, as Cause No. D-101-CV-2016-01173 is removed to this Court.

Respectfully submitted,

**CHAPMAN AND CHARLEBOIS, P.C.**

_____
Donna L. Chapman
Jessica C. Singer
P.O. Box 92438
Albuquerque, NM 87109
505-242-6000
donna@cclawnm.com
jessica@cclawnm.com
*Attorneys for GEICO as to the extra-contractual claims only*

I HEREBY CERTIFY that on the 15 day of September, 2016, I filed the foregoing electronically through CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Michael G. Duran
Keller & Keller, LLC
505 Marquette Ave. NW, Suite 1300
Albuquerque, NM 87102
michaeld@2keller.com
*Attorney for Plaintiff*

Stephen M. Simone
Simone, Roberts & Weiss, P.A.
1700 Louisiana Blvd. NE, Suite 240
Albuquerque, NM 87112
505-298-9400
ssimone@srw-law.com
*Attorney for GEICO as to the UIM Claims*

/s/Jessica C. Singer
Jessica C. Singer

5

FILED IN MY OFFICE
DISTRICT COURT CLERK
5/6/2016 4:45:43 PM
STEPHEN T. PACHECO
Maureen Naranjo

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

PAULINE ABEYTA,

       Plaintiff,

vs.                                    No:      D-101-CV-2016-01173
                                                               Case assigned to Thomson, David K.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY ("GEICO"),

       Defendant.

## COMPLAINT FOR UIM BENEFITS, INSURANCE BAD FAITH, VIOLATION OF THE UNFAIR INSURANCE PRACTICES ACT, PUNITIVE DAMAGES, AND ATTORNEY'S FEES

COMES NOW, Plaintiff Pauline Abeyta (hereafter "Plaintiff"), by and through her attorneys, Michael G. Duran (KELLER & KELLER, LLC), and for her Complaint against Defendant Government Employees Insurance Company ("GEICO"), states as follows:

### PARTIES AND JURISDICTION

1. Plaintiff Pauline Abeyta is a resident of Ranchos De Taos, Taos County, New Mexico.

2. Upon information and belief, Defendant Government Employees Insurance Company ("GEICO") is a foreign insurer authorized to do business in the State of New Mexico.

3. This is a civil cause of action arising out of a motor vehicle collision which occurred in Santa Fe, County of Santa Fe, State of New Mexico


EXHIBIT A

4.      Jurisdiction and venue are proper as all acts complained of occurred in Santa Fe County, New Mexico.

## ALLEGATIONS COMMON TO ALL COUNTS

5.      Plaintiffs incorporate the allegations contained in Paragraphs 1 through 4 as if fully set out herein.

6.      On or about April 25, 2015, Plaintiff Pauline Abeyta was a passenger in a car driven by Fatima Abeyta in Santa Fe, Santa Fe County, New Mexico when stuck by the vehicle driven by Gildardo Arreola.

7.      As a result of the accident, Plaintiff suffered bodily injuries that required medical treatment and caused her to incur economic and non-economic losses.

## COUNT I – UIM BENEFITS

8.      Plaintiff incorporates the allegations contained in Paragraphs 1 through 7 as if fully set out herein.

9.      Defendant GEICO is an insurer as defined by the laws of the State of New Mexico which is organized and existing under the laws of another jurisdiction but which is authorized to do business and which is conducting business within this State

10.     Plaintiff was insured for UM/UIM coverage through Defendant GEICO.

11.     Plaintiff has settled her matter with adverse driver, Gildardo Arreola's insurance, which was approved by Defendant GEICO.

12.     Accordingly, Defendant GEICO is obligated to pay UIM benefits to Plaintiff for personal injury damages, including but not limited to actual damages, together with pre-judgment interest, costs, consequential damages, emotional distress, hedonic damages, and other undetermined damages, all to be proven at trial.

### COUNT II – INSURANCE BAD FAITH, PUNITIVE DAMAGES, VIOLATION OF THE UNFAIR INSURANCE PRACTICES ACT, AND ATTORNEY'S FEES AGAINST DEFENDANT GEICO

13. Plaintiff incorporates the allegations contained in Paragraphs 1 through 12 as if fully set out herein.

14. At all times pertinent hereto, Defendant ALLSTATE had a duty to treat Plaintiff's claims in a fair and reasonable manner in accordance with NMSA §59A-16-20.

15. Defendant GEICO has, in violation of NMSA § 59A-16-20(G), compelled Plaintiff to institute litigation to recover amounts due under policy by offering substantially less than the amounts ultimately recovered in actions brought by such insureds when such insureds have made claims for amounts reasonably similar to amounts ultimately recovered.

16. Defendant GEICO has, in violation of NMSA § 59A-16-20(C), failed to adopt and implement reasonable standards for the prompt investigation and processing of insureds' claims arising under policies

17. Defendant GEICO's actions were in bad faith, malicious, willful, reckless and/or wanton, entitling Plaintiff to an award of punitive damages.

18. Defendant GEICO has acted unreasonably in failing to pay the Plaintiff's first-party claim and as a result, Plaintiff is entitled to recover attorney's fees and costs of this litigation pursuant to NMSA § 39-2-1.

WHEREFORE, Plaintiff prays for judgment against Defendant for compensatory damages, actual damages, hedonic damages, punitive damages, attorneys' fees and costs,

3

pre-judgment and post-judgment interest, and for such other and further relief as the Court deems just and proper.

        Respectfully submitted,

        KELLER & KELLER, LLC

        By /s/ Michael G. Duran
           Michael G. Duran
           505 Marquette Ave. N.W. Ste 1300
           Albuquerque, New Mexico 87102
           Telephone (505) 938-2300
           *Attorney for Plaintiffs*

STATE OF NEW MEXICO
OFFICE OF SUPERINTENDENT OF INSURANCE
Mailing Address: P.O. Box 1689, Santa Fe, NM 87504-1689
Physical Address: 1120 Paseo de Peralta, Room 428, Santa Fe, NM 87501
Main Phone: (505) 827-4601; Main Fax (505) 827-4734; Toll Free: 1-855-4-ASK-OSI
www.osi.state.nm.us

**SUPERINTENDENT OF INSURANCE**
John G. Franchini – (505) 827-4299

**DEPUTY SUPERINTENDENT**
Robert Doucette – (505) 827-4439

Service of Process
Room 432
(505) 827-4241

J 434 (E. McKee)

A. Akins

August 19, 2016

Government Employees Ins. Co.
Legal Division – Matthew J Zuraw
2280 North Greenville Ave
Richardson, TX 75082

Re: Pauline Abeyta Vs Government Employees Insurance Company ("GEICO"),
D101CV2016-01173

Dear Mr. President:

In accordance with the provisions of NMSA 1978, Sections 59A-5-31 & 59A-32, enclosed is a copy of a Summons for Complaint, Complaint for UIM Benefits, Insurance Bad Faith, Violation of the Unfair Insurance Practices Act, Punitive Damages, and Attorney's Fees, Jury Demand, and Plaintiff Pauline Abeyta's First Set of Interrogatories, Requests for Production and Requests for Admission to Defendant Government Employees Insurance Company ("GEICO"), , to Defendant Government Employees Insurance Company ("GEICO") in the State of New Mexico on the above styled cause, Service has been accepted on your behalf as of August 19, 2016.

Respectfully,

*John D. Franchini*

John G. Franchini, Superintendent

Enclosure

CERTIFIED MAIL 7010 0290 0002 3835 7195

EXHIBIT
B

Skip to Main Content  Logout  My Account  Search Menu  New Civil Probate Family Search  Refine Search  Back    Location : Santa Fe County    Images  Help

# REGISTER OF ACTIONS
## CASE NO. D-101-CV-2016-01173

| | | | |
|---|---|---|---|
| Pauline Abeyta v. Government Employees Insurance Company | § § § § § § | Case Type: | Tort Auto |
| | | Date Filed: | 05/06/2016 |
| | | Location: | Santa Fe County |
| | | Judicial Officer: | Thomson, David K. |

### PARTY INFORMATION

| | | | Attorneys |
|---|---|---|---|
| Defendant | Government Employees Insurance Company | | |
| Plaintiff | Abeyta, Pauline | | Michael Gerard Duran |
| | | | *Retained* |
| | | | 505-938-2300(W) |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 05/06/2016 | **Cause Of Actions** | Bad Faith (Insurance Bad Faith) |
| | Action Type | Action |
| 05/06/2016 | **Cause Of Actions** | Other Damages (Punitive Damages) |
| | Action Type | Action |
| 05/06/2016 | **Cause Of Actions** | Other (UIM Benefits) |
| | Action Type | Action |
| 05/06/2016 | **Cause Of Actions** | Other (Unfair Insurance Practices Act) |
| | Action Type | Action |
| 05/06/2016 | **Cause Of Actions** | Tort: Personal Injury Auto |
| | Action Type | Action |
| 05/06/2016 | OPN: COMPLAINT | |
| | *Complaint for UIM Benefits Insurance Bad Faith Violation of the Unfair Insurance Practices Act Punitive Damages and Attorneys Fees* | |
| 06/22/2016 | JURY DEMAND 6 PERSON | |
| | *Jury Demand - 6 Person* | |
| 06/22/2016 | SUMMONS ISSUED | |
| | *Summons to GEICO* | |

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** Abeyta, Pauline | | | |
| | Total Financial Assessment | | | 282.00 |
| | Total Payments and Credits | | | 282.00 |
| | **Balance Due as of 09/13/2016** | | | **0.00** |
| 05/09/2016 | Transaction Assessment | | | 132.00 |
| 05/09/2016 | File & Serve Payment | Receipt # SFED-2016-4822 | Abeyta, Pauline | (132.00) |
| 06/22/2016 | Transaction Assessment | | | 150.00 |
| 06/22/2016 | File & Serve Payment | Receipt # SFED-2016-6393 | Abeyta, Pauline | (150.00) |



http://opa.nmcourts.gov/CaseDetail.aspx?CaseID=6980560    9/13/2016

# Keller & Keller
### NEW MEXICO INJURY LAWYERS

Albuquerque Office
505 Marquette Ave. NW, Ste. 1300
Albuquerque, NM 87102
Tel. 505-938-2300
Fax 505-938-2301
www.2Keller.com

February 10, 2016

**VIA FACSIMILE: (214) 442-5164**
Eddie Mckee
GEICO Region 5 Claims
PO Box 509105
San Diego, CA 92150

RE:  Our Client:     Pauline Abeyta
     Date of Loss:   4/25/2015
     Your Claim No:  0472337980101021
     Your Insured:   Fatima Abeyta

Dear Mr. Mckee:

We are in receipt of your UIM settlement of $2,500.00 new money. We do not feel you are putting nearly enough value on the emotional pain your insured caused Pauline, in addition to the physical pain.

Pauline's husband, Floyd, was under hospice care at home during the final weeks prior to his death. Hospice workers came to the Abeyta home 2-3 times per week for about an hour at a time to check Floyd's vitals. Pauline and her daughter were responsible for helping Floyd bathe, walk, etc. Pauline could not get out of bed or wash herself the first few weeks after the collision. Pauline had to walk around with a pillow. Pauline could not push or lift. Pauline could not cry because her chest hurt too much. Pauline had to calm herself down before she could tend to Floyd. Their daughter, Fatima Abeyta, took leave from work to help during this time period. Fatima did this so Floyd did not have to go to a hospice facility.

Pauline suffered through tremendous pain physically and emotionally. In Pauline's own words, your insured "took it away." When Pauline says this, she is talking about her ability to spend Floyd's final days with him in peace and comfort.

In light of these facts, we believe the value of this UIM claim to be significantly higher than $2,500.00 new money, and are prepared to litigate this matter if necessary. Pauline will make a compelling and sympathetic witness in front of a Santa Fe jury. We have authority to tender a counter demand of $69,500.00 new money.

Please contact the undersigned when you are prepared to discuss this matter in greater detail.

Sincerely,

Andy Ray
JAR/bhh

---

▣–*Attorneys Licensed in Florida(◯), Illinois(◊), Indiana(\*), Kentucky(◻), Michigan(†), and New Mexico(#)*–▣

| | | |
|---|---|---|
| George S. Keller (1911 - 2002) | Ryan Johnson*◯ | Jameson Young* |
| S. Jack Keller*† | Joseph Wambach* | Matthew W. Parker** |
| James R. Keller*¹ | Chris J. Supik*# | Tom Browder* |
| Randall Juergensen*†# | Brian G. Grayson# | Amy M. Davis* |
| Joseph Sukup†◯*# | Timothy E. Burns* | Nick Lavella* |
| Andy Ray*# | Daniel Armstrong*† | Megan A. Resch*◯ |
| Michael G. Duran# | | Aaron W. Williams* |

EXHIBIT O

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT

PAULINE ABEYTA,

        Plaintiff,

v.                                                No. D-101-CV-2016-01173

GOVERNMENT EMPLOYEES INSURANCE
COMPANY ("GEICO"),

        Defendant.

## NOTICE OF FILING OF REMOVAL

PLEASE TAKE NOTICE that Defendant GEICO General Insurance Company ("GEICO") improperly named as Government Employees Insurance Company, by and through its attorneys Chapman and Charlebois, P.C. (Donna L. Chapman and Jessica C. Singer), has filed a Notice of Removal in the United States District Court for the District of New Mexico. A true and correct copy of the Notice of Removal, attached to this Notice as Exhibit "1" was mailed to:

Michael G. Duran
Keller & Keller, LLC
505 Marquette Ave. NW, Suite 1300
Albuquerque, NM 87102
michaeld@2keller.com
*Attorney for Plaintiff*



Stephen M. Simone
Simone, Roberts & Weiss, P.A.
1700 Louisiana Blvd. NE, Suite 240
Albuquerque, NM 87112
505-298-9400
ssimone@srw-law.com
*Attorney for GEICO as to the UIM Claims*

Respectfully submitted,

**CHAPMAN AND CHARLEBOIS, P.C.**

_____
Donna L. Chapman
Jessica C. Singer
P.O. Box 92438
Albuquerque, NM 87199
Tel: (505) 242-6000
donna@cclawnm.com
jessica@cclawnm.com
*Attorneys for GEICO as to the extra-contractual claims only*

I HEREBY CERTIFY THAT on this ___15___ day of September, 2016, I filed the foregoing electronically through the Odyssey File and Serve system, which caused the following counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing, and that a copy was sent via e-mail to the following:

Michael G. Duran
Keller & Keller, LLC
505 Marquette Ave. NW, Suite 1300
Albuquerque, NM 87102
michaeld@2keller.com
*Attorney for Plaintiff*

Stephen M. Simone
Simone, Roberts & Weiss, P.A.
1700 Louisiana Blvd. NE, Suite 240
Albuquerque, NM 87112
505-298-9400
ssimone@srw-law.com
*Attorney for GEICO as to the UIM Claims*

_____
Jessica C. Singer

2

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT

PAULINE ABEYTA,

        Plaintiff,

v.                                        No. D-101-CV-2016-01173

GOVERNMENT EMPLOYEES INSURANCE
COMPANY ("GEICO"),

        Defendant.

## ENTRY OF APPEARANCE

    Chapman and Charlebois, P.C. (Donna L. Chapman and Jessica C. Singer), hereby enter their appearance on behalf of Defendant GEICO General Insurance Company ("GEICO") improperly named as Government Employees Insurance Company.

    Copies of all documents pertaining to litigation in this matter should be sent to the undersigned attorneys.

                                        Respectfully submitted,

                                        **CHAPMAN AND CHARLEBOIS, P.C.**

                                        _/s/_
                                        Donna L. Chapman
                                        Jessica C. Singer
                                        P.O. Box 92438
                                        Albuquerque, NM 87199
                                        505-242-6000
                                        donna@cclawnm.com
                                        jessica@cclawnm.com
                                        _Attorneys for GEICO as to the extra-contractual claims only_



EXHIBIT F

I hereby certify the foregoing was served on the following counsel of record via the Odyssey File & Serve system on this 15 day of September, 2016:

Michael G. Duran
Keller & Keller, LLC
505 Marquette Ave. NW, Suite 1300
Albuquerque, NM 87102
michaeld@2keller.com
*Attorney for Plaintiff*

Stephen M. Simone
Simone, Roberts & Weiss, P.A.
1700 Louisiana Blvd. NE, Suite 240
Albuquerque, NM 87112
505-298-9400
ssimone@srw-law.com
*Attorney for GEICO as to the UIM Claims*

_/s/_
Jessica C. Singer

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
PAULINE ABEYTA

## DEFENDANTS
GEICO GENERAL INSURANCE COMPANY

**(b)** County of Residence of First Listed Plaintiff   SANTA FE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
MICHAEL G. DURAN
KELLER & KELLER, LLC, 505 MARQUETTE AVE, NW, SUITE 1300
ALBUQUERQUE, NM 87102          505-938-2300

Attorneys *(If Known)*
DONNA L. CHAPMAN AND JESSICA C. SINGER
CHAPMAN AND CHARLEBOIS, P.C., P.O. BOX 92438
ALBUQUERQUE, NM 87109          505-242-6000

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
28 U.S.C. 1332 (a) and 1441 (b)(2)
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

EXHIBIT G