**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO**

PAULINE ABEYTA,

    Plaintiff,

vs.                                                                 16-cv-01030-GBW-KBM

GOVERNMENT EMPLOYEES
INSURANCE COMPANY ("GEICO"),

    Defendant.

## MOTION TO DISMISS

    COMES NOW, the Defendant, GEICO General Insurance Company, incorrectly identified as Government Employees Insurance Company, by and through its undersigned attorneys, and moves the Court for an Order dismissing all claims against GEICO General Insurance Company, which were set forth or which could have been set forth in this matter and as grounds therefore state that the Parties have resolved their differences.

    Respectfully submitted,

    SIMONE, ROBERTS & WEISS, P.A.

    /s/ Stephen M. Simone
    Stephen M. Simone
    Attorney for GEICO in the UM Claim
    1700 Louisiana Blvd., N.E., Suite 240
    Albuquerque, NM 87110
    Email:     ssimone@srw-law.com
    Work Phone:  (505) 298-9400
    Fax:     (505) 298-7070

I HEREBY CERTIFY that on the 5th day of December, 2016, a true and correct copy of the

foregoing pleading was filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Donna L. Chapman
Chapman and Charlebois PC
PO Box 92438
Albuquerque, NM 87199-2438
Email   donna@cclawnm.com
Phone:  (505) 242-6000

Michael G. Duran
Keller & Keller
505 Marquette Ave NW Ste 1300
Albuquerque, NM 87102-2188
Email   michaeld@2keller.com
Work Phone    (505) 938-2300
Fax      (505) 938-2301

/s/ Stephen M. Simone
Stephen M. Simone