IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

PAULINE ABEYTA,

    Plaintiff,

vs.

                                    16-cv-01030-GBW-KBM

GOVERNMENT EMPLOYEES
INSURANCE COMPANY ("GEICO"),

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Motion to Dismiss of Defendant GEICO General Insurance Company, incorrectly identified as Government Employees Insurance Company.  *Doc. 25*.  The Court, having considered said Motion, and noting the concurrence of counsel, FINDS that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that all claims against Government Employees Insurance Company which were set forth in the Complaint, or which could have been set forth in the Complaint, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each party be responsible for their own costs and attorneys' fees.

                                                            _____
                                                            GREGORY B. WORMUTH
                                                            United States Magistrate Judge